■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY LE GRAND, Petitioner, v PHILLIP COOMBES, as Superintendent of Eastern Correctional Facility, Respondent. — Application for writ of habeas corpus denied. Sweeney, J.P., Kane, Casey, Yesawich, Jr., and Weiss, JJ., concur.